TOLEDO BAR ASSOCIATION *v.* BROWARSKY.

[Cite as Toledo Bar Assn. *v.* Browarsky (1991), 60 Ohio St. 3d 100.]

(No. 90-2078—Submitted January 8, 1991—Decided June 5, 1991.)

*Frank E. Kane, Dale W. Fallat* and *John N. MacKay,* for relator.
*Jerome Phillips,* for respondent.

*Per Curiam.* We concur with the findings of the board; however, we modify the sanction. We find that a public reprimand is not an appropriate sanction for conduct prejudicial to the administration of justice involving an attorney's own case. Accordingly, we hereby suspend respondent from the practice of law for six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.